**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

United States of America,

                Plaintiff,        Case No. 20-cr-20520-4

v.                          Judith E. Levy
                                United States District Judge

Ramone Martin,

                                Mag. Judge Elizabeth A. Stafford

                Defendant.

_____/

**ORDER GRANTING DEFENDANT'S**
**MOTION TO SEAL EXPERT REPORT [272]**

Before the Court is Defendant Ramone Martin's motion to seal an expert report that was prepared to support his sentencing request. (ECF No. 272.) Having reviewed the report, the Court finds that the document contains personal information about Defendant's background, medical and psychiatric history, and test results from an evaluation conducted by a psychologist. Defendant's privacy interest in this information is great. Any interests in giving the public access to the report do not outweigh the interests favoring nondisclosure. The Court also finds that the sealing proposed by Defendant is not broader than

necessary. It is therefore appropriate for the report to be filed under seal pursuant to Eastern District of Michigan Local Rule 5.3 and the standard set forth in *Shane Group, Inc. v. Blue Cross Blue Shield of Michigan*, 825 F.3d 299, 306 (6th Cir. 2016) ("[T]he interests in support of nondisclosure are compelling, . . . the interests supporting access are less so, and . . . the seal itself is no broader than necessary[.]").

Accordingly, Defendant's motion to seal (ECF No. 272) is GRANTED.

IT IS SO ORDERED.

Dated: June 11, 2026
    Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 11, 2026.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager

2